UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

In Re:                                          )
                                                )
John Myers                                      ) Chapter 13 Case No.  06-60568-jpk
                                                )
          Debtor                                )

## NOTICE OF MOTION FOR DEPOSIT OF FUNDS
## INTO U. S. TREASURY FUND 6047BK

Comes now Paul R. Chael, Standing Chapter 13 Trustee, and moves the Court to allow Trustee to deposit the amount of $78.00 into U. S. Treasury Fund 6047BK for the following reasons:

1.      That the debtor herein filed a Petition for Relief under Chapter 13 of the U.S. Bankruptcy Code.

2.       That the debtor's case was completed  in November 2010 and a refund check was sent to the Debtor in the amount of $78.00 in November 2010.

3.      To date said check remains uncashed.

WHEREFORE, Paul R. Chael, Standing Chapter 13 Trustee, prays this Court to deposit $78.00 into U.S. Treasury Fund 6047BK on behalf of Debtor, John Myers whose last known address was 7617 Montana Avenue, Hammond, IN 46323.


**/s/   Paul R. Chael**
Paul R. Chael, Trustee
Indiana Attorney #3881-45


## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Motion was sent electronically on October 27, 2011 to the attorney for the debtor and the United States Trustee and to the debtor at 7617 Montana Ave., Hammond, IN 46323 by U.S. Mail.

/s/   Paul R. Chael
Paul R. Chael, Chapter 13 Trustee
401 W. 84th Drive, Suite C
Merrillville, IN 46410
(219) 650-4015